## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY MORGAN | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-00602-CFC |
| | ) |
| vs. | ) |
| | ) |
| CDK GLOBAL, INC., LESLIE A. BRUN, WILLIE A. DEESE, AMY J. HILLMAN, BRIAN KRZANICH, STEPHEN A. MILES, ROBERT E. RADWAY, STEPHEN F. SCHUCKENBROCK, FRANK S. SOWINSKI, and EILEEN J. VOYNICK, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 20, 2022    **LONG LAW, LLC**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)3
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*